## MORTON SALT CO. *v.* UNITED STATES.

No. 275.   Decided October 25, 1965.*

*L. M. McBride* and *John P. Ryan, Jr.,* for appellant in No. 275.   *R. William Rogers* for appellant in No. 276.

*Acting Solicitor General Spritzer, Assistant Attorney General Turner* and *Robert B. Hummel* for the United States.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.   *United States* v. *National Association of Real Estate Boards,* 339 U. S. 485, 493, 494; *Interstate Circuit, Inc.* v. *United States,* 306 U. S. 208, 221–227; *American Tobacco Co.* v. *United States,* 328 U. S. 781, 809–810; *Theatre Enterprises* v. *Paramount Film Distributing Corp.,* 346 U. S. 537, 540–542.

MR. JUSTICE HARLAN is of the opinion that probable jurisdiction should be noted.

---

*Together with No. 276, *Diamond Crystal Salt Co.* v. *United States,* also on appeal from the same court.